UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVONNETH CRUZ,

    Plaintiff,

v.

REDFIN CORPORATION,

    Defendant.

Case No. 14-cv-05234-TEH

**ORDER STAYING CASE**

Good cause appearing, all proceedings in this case are hereby STAYED pending the Supreme Court of California's decision in the case of *Sanchez v. Valencia Holding Company*, 272 P.3d 976 (Cal. 2012). No later than fourteen days after the court's opinion in that case becomes final, the parties shall submit a joint statement of no more than ten pages, stating their respective positions on how that opinion affects the pending motion in this case. The hearing currently set for June 8, 2015 is VACATED.

**IT IS SO ORDERED.**

Dated:  05/13/15

    _____

    THELTON E. HENDERSON
    United States District Judge